# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NELSON RODRIGUEZ | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | |
| | : | No. 08-4470 |
| MICHAEL J. ASTRUE, | : | |
| Commissioner of Social Security, | : | |
| Defendant. | : | |

## ORDER

AND NOW, this 18th day of March, 2010, upon consideration of plaintiff's motion for summary judgment and request for review [paper no. 7] and the defendant's response thereto [paper no. 10], and after careful review of the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski, it is **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. Plaintiff's motion for summary judgment and request for review is **DENIED**; and

3. Judgment shall be entered in this matter in favor of the **DEFENDANT**.

                                                                            /s/ Norma L. Shapiro
                                                                                     S.J.